DoA: 7/28/22

as 7/29/22

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>Edgar Julian RIOS-Palos,<br>　　　　　　　Defendant. | Case No.: 22MJ8535<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C.§ 841(a)(1)<br>Possession of a Controlled Substance with Intent to Distribute |

The undersigned complainant duly sworn states:

On or about July 28, 2022, within the Southern District of California, defendant, Edgar Julian RIOS-Palos, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Collin Crouse
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 29th day of July, 2022.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Edgar Julian RIOS-Palos,

**STATEMENT OF FACTS**

I declare under penalty and perjury that the following statement is true and correct:

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent (SA) Collin Crouse.

On July 28, 2022, Border Patrol Agent (BPA) Luis Ramirez and BPA Luis Lozano-Ruiz, along with his Human Narcotics Detection Dog (HNDD), were assigned to the fully functional United States Border Patrol (USBP) Checkpoint on Highway 86 near Westmorland, California. BPA Lozano and his HNDD are certified in the detection of marijuana, cocaine, methamphetamine, heroin and their derivatives, as well as the detection of concealed humans.

At approximately 11:00 a.m., BPA Luis Ramirez encountered two occupants of a white Nissan Rouge and identified himself as a United States Border Patrol Agent to the driver, later identified as Edgar Julian RIOS-Palos, and passenger. BPA Ramirez asked both occupants as to their citizenship and RIOS stated he was a resident and his passenger stated he was a visa holder. BPA Ramirez then asked where they were coming from and where they were going. RIOS stated that he was coming from Mexicali and was going to Cabazon to go shopping. During questioning by BPA Ramirez, BPA Lozano and his HNDD conducted a non-intrusive canine sniff of the exterior of the vehicle. As BPA Lozano's K9 sniffed the passenger side of the vehicle, the K9 alerted to the passenger side

door seam. BPA Lozano then asked BPA Ramirez to refer the vehicle to secondary inspection.

At the secondary inspection, BPA Lozano greeted RIOS and asked RIOS where he was coming from and where he was going. RIOS stated that he and his passenger were coming from Mexicali and were headed to Cabazon Outlets to go shopping for clothes. BPA Lozano then asked if the vehicle belonged to RIOS. RIOS stated the vehicle belonged to him and that it was a gift from his grandfather. BPA Lozano then asked for consent to search the vehicle, to which RIOS consented. As BPA Lozano questioned RIOS, BPA Lozano noticed RIOS's lip would quiver and his voice would crack.

Once both of the occupants exited the vehicle, BPA Lozano's K9 conducted a canine sniff of the vehicle and once again alerted. Specifically, BPA Lozano's K9 alerted inside the vehicle near the rear passenger seat. Once BPA Lozano placed his K9 in his assigned kennel, BPA Lozano conducted a physical search of the vehicle. While searching the rear passenger seat, BPA Lozano noticed fresh tool marks on the bolts holding the seat in place. BPA Lozano then transferred the vehicle to the vehicle lift behind the checkpoint building.

Once on the vehicle lift, BPA Lozano looked inside of the fuel tank utilizing a fiber optic scope and observed vacuum sealed packages within the fuel tank.

After further inspection, BPA Lozano removed a total of 83 packages, weighing 49.220 kilograms (108.530 pounds), from the vehicle's fuel tank, rear quarter panels, three of the doors, and underneath the center console.

Inside the checkpoint, two packages containing a white crystal-like substance were randomly selected, opened, and tested utilizing a Narcotics Identification Kit (NIK). The white crystal-like substance tested positive for properties and characteristics of methamphetamine. RIOS and his passenger were subsequently placed under arrest.

On the same date, at approximately 1:00 p.m., Drug Enforcement Administration (DEA) Agents were notified of the incident by Indio Border Patrol and subsequently responded to the Highway 86 Border Patrol Checkpoint. At approximately 3:04 p.m., RIOS was advised of his Miranda rights, acknowledged his rights, and agreed to speak with agents without the presence of an attorney.

RIOS stated that he knew he had illegal stuff in his car, but was not completely sure if it was drugs. RIOS stated that he went to a club in Mexicali, Mexico, over the weekend and was approached by a male. RIOS stated that the male approached him because he was paying in U.S. Dollars and was driving an American car. RIOS stated that the male asked him if he wanted to make some extra money. RIOS stated he said no at first, but a couple days later the male convinced him. RIOS stated the male took his car in Mexicali on Monday, July 25, 2022, and returned it to him on Tuesday morning, July 26, 2022. RIOS stated he was instructed by the male to drive to the Cabazon outlets and park in front of the Nike store. RIOS stated he did not know who he was supposed to meet with at the Nike store and he did not have the male's phone number or any social media. RIOS stated he was going to be paid $5,000 dollars to do this trip for the male. RIOS stated another unknown individual was going to take RIOS's car at the Nike store, drive it to another

location, and then RIOS would get the car later. RIOS stated the person that was supposed to pick up the car at the Nike store was the person that was supposed to pay him $5,000.

RIOS was placed under arrest and charged with violation of Title 21, United States Code, sections 841(a)(1), Possession of a Controlled Substance with Intent to Distribute. RIOS was booked at El Centro, California, GEO facility pending court proceedings.